UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY FRANKLIN,

    Defendant.

Case No. 3:19-cr-165

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION TO WITHDRAW HIS MOTION TO SUPPRESS (DOC. NO. 83); AND (2) SETTING THE MATTER FOR A STATUS CONFERENCE ON APRIL 19, 2021 at 2:00 P.M.**

---

The Court hereby **GRANTS** Defendant's motion to withdraw (doc. no. 83) his motion to suppress (doc. no. 34) and **SETTING** the matter for a status conference on April 19, 2021 at 2:00 p.m.  Counsel shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.

    **IT IS SO ORDERED.**

Date:  April 16, 2021

    s/ Michael J. Newman
    Hon. Michael J. Newman
    United States District Judge