UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY FRANKLIN,

    Defendant.

Case No. 3:19-cr-165-1

District Judge Michael J. Newman

---

**ORDER DEEMING ANY AND ALL PENDING MOTIONS AS WITHDRAWN (DOC. NOS. 12, 43, 63, 69)**

---

As clarified on the record during the May 18, 2021 Change of Plea hearing, any and all pending motions are deemed **WITHDRAWN** (doc. nos. 12, 43, 63, 69).

    **IT IS SO ORDERED.**

Date: May 18, 2021

    s/ Michael J. Newman
    Hon. Michael J. Newman
    United States District Judge